MC-275

Name: Angelo Frank Millican
Address: 300 Forni Rd
Placerville, CA
95667
CDC or ID Number: 136437

Petitioner — Denied "Due Access" 14th Amend
Per 28 U.S.C. §2254
Per 42 U.S.C. §1983 "Discrimination"

FILED
NOV 26 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

El Dorado County Superior Court
(Court)

Angelo Frank Millican
Petitioner
vs.
People of the State of California et al.,
County of El Dorado
Respondent

PETITION FOR WRIT OF HABEAS CORPUS

No. 2:18-CV-3042 DMC HC
(To be supplied by the Clerk of the Court)

**INSTRUCTIONS—READ CAREFULLY**

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**
- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.
- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.
- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."
- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.
- If you are filing this petition in the Court of Appeal and you are an attorney, file the original and 4 copies of the petition and, if separately bound, 1 set of any supporting documents (unless the court orders otherwise by local rule or in a specific case). If you are filing this petition in the Court of Appeal and you are *not* represented by an attorney, file the original and one set of any supporting documents.
- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.
- Notify the Clerk of the Court in writing if you change your address after filing your petition.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2007). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2010]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 at seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

**This petition concerns:**

- [x] A conviction
- [ ] Parole
- [x] A sentence
- [ ] Credits
- [ ] Jail or prison conditions
- [ ] Prison discipline
- [ ] Other (specify): _____

1. Your name: **Angelo Frank Millican**
2. Where are you incarcerated? **El Dorado County Jail**
3. Why are you in custody?  [x] Criminal conviction   [ ] Civil commitment

   *Answer items a through i to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

      **459/460 (B) PC**

   b. Penal or other code sections: **459/460 (B) PC**
   c. Name and location of sentencing or committing court: **El Dorado Superior Court, Placerville, CA. (Hangtown CA)**
   d. Case number: **P16CRF0276**
   e. Date convicted or committed: **10/29/18**
   f. Date sentenced: **10/29/18**
   g. Length of sentence: **210 days**
   h. When do you expect to be released? **2/9/19**
   i. Were you represented by counsel in the trial court? [x] Yes  [ ] No  *If yes, state the attorney's name and address:*

      **N/A no trial – David Kramer Attorney of Record**

4. What was the LAST plea you entered? (Check one):

   [ ] Not guilty   [ ] Guilty   [x] Nolo contendere   [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   [ ] Jury   [x] Judge without a jury   [ ] Submitted on transcript   [ ] Awaiting trial

MC-275

6. GROUNDS FOR RELIEF
**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "The trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page 4. For additional grounds, make copies of page 4 and number the additional grounds in order.)*

Petitioner denied "Due Process" Amendment 14th U.S.C, 6th, 8th, 17th Amendment violations, Maranda Rights/Warning never given or read to me.

Petitioner is being held against his will in El Dorado County Jail.

a. Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts on which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel, you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is, *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

Petitioner was never given Maranda Rights before during or after arrest. Don't have police report number but I do know arresting officer was a female City Police Officer from Sacramento, CA. 95814

Also petitioner's case was suppose to be held in Mental Health Court see records from Rite Aid Pharmacy on Arcadia dr. Citrus Heights CA. 95610 / CVS Pharmacy Sunrise Blvd. Citrus Heights, CA 95610

2017-18 Attorney failed to do so David Kramer attorney of record of El Dorado, CA.

b. Supporting cases, rules, or other authority (optional):
(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

"Due Process" of the 14th Amendment of U.S.C., 8th Cruel/Unusual punishment, guaranteed rights of the accused in criminal prosecution, Maranda Rights never given upon arrest.

7. **Ground 2 or Ground _____** *(if applicable):*

N/A

a. Supporting facts:

N/A

b. Supporting cases, rules, or other authority:

N/A

MC-275

8. Did you appeal from the conviction, sentence, or commitment? ☑ Yes ☐ No   *If yes, give the following information:*
   a. Name of court ("Court of Appeal" or "Appellate Division of Superior Court"): El Dorado County Superior Court
   b. Result: Pending                     c. Date of decision: 10/3/18
   d. Case number or citation of opinion, if known: P16CRF0276
   e. Issues raised: (1) Mental Health Court not applied
      (2) Moranda Warning/Rights never given during arrest
      (3) Due Process not exercised or given
   f. Were you represented by counsel on appeal? ☑ Yes ☐ No   *If yes, state the attorney's name and address, if known:* David Kramer @ El Dorado/Cameron Park, CA.

9. Did you seek review in the California Supreme Court? ☐ Yes ☑ No   *If yes, give the following information:*
   a. Result: ___   b. Date of decision: ___
   c. Case number or citation of opinion, if known: ___
   d. Issues raised: (1) ___
      (2) ___
      (3) ___

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal: Federal Constitutional Violations happened in State jurisdiction as well as Superior Court not Federal.

11. Administrative review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500.) Explain what administrative review you sought or explain why you did not seek such review:
    See Patsy v. Board of Regents §1983 (Prison Litigation Reform Act) States an exhaustion of State court remedies is not a prerequisite.

    b. Did you seek the highest level of administrative review available? ☐ Yes ☑ No
    *Attach documents that show you have exhausted your administrative remedies.*

MC–275

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☐ Yes  *If yes, continue with number 13.*  ☑ No  *If no, skip to number 15.*

13. a. (1) Name of court: _____

   (2) Nature of proceeding (for example, "habeas corpus petition"): _____

   (3) Issues raised: (a) _____

   (b) _____

   (4) Result *(attach order or explain why unavailable):* _____

   (5) Date of decision: _____

   b. (1) Name of court: _____

   (2) Nature of proceeding: _____

   (3) Issues raised: (a) _____

   (b) _____

   (4) Result *(attach order or explain why unavailable):* _____

   (5) Date of decision: _____

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

   _____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)

   Petitioner is being held against his will in El Dorado County Jail in spite of aforementioned Federal Constitutional Violations, having occurred.

16. Are you presently represented by counsel? ☐ Yes  ☑ No  *If yes, state the attorney's name and address, if known:*

   _____

17. Do you have any petition, appeal, or other matter pending in any court? ☑ Yes  ☐ No  *If yes, explain:*

   City of No. Las Vegas, NV (Traffic) CR 015342-09/CR 015343-09

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

   Federal Violations occurred, any entity acting under color of authority cannot govern themselves, my case was a superior Court case.

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 11/20/18

▶ Angelo F. Millici
(SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 2010]   **PETITION FOR WRIT OF HABEAS CORPUS**   Page 6 of 6