2:18-cv-3042 DMC HC

**FILED**
NOV 26 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

To whom it may concern:

Hello, I am writing you today because I am a indegent prisoner trying to petition this Honorable Court to contest my sentence, conviction please help me proceed in forma pauperis status pursuant to 28 U.S.C. §1914 for the filing fee can you please <u>waive</u>? <u>bill me</u> for it time is of the essence in this matter.

Pursuant to 28 U.S.C. §2254 I am challenging the validity of my constitutional right/state judgement conviction and sentence. I was arrested, no Maranda Rights were given amongst other federal violations.

※ Please send me a stamped copy for my records as well as a Book of the Rules & Regulations, enclosed is a <u>Pre</u>-stamped envelope for return postage, correspondence.

Sincerely Yours,

P.S. Thank you,
God Bless You/Family.

Mr. Angelo Millican