1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ANGELO FRANK MILLICAN,                No.  2:18-CV-3042-DMC-P

12                   Petitioner,

13        v.                                 <u>ORDER</u>

14   PEOPLE OF THE STATE OF
     CALIFORNIA, et al.,
15
                     Respondents.
16

17

18            Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

19   habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's petition

20   (Doc. 1).  "A petitioner for habeas corpus relief must name the state officer having custody of him

21   or her as the respondent to the petition."  <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360

22   (9th Cir. 1994); <u>see also</u> Rule 2(a), Federal Rules Governing Section 2254 Cases.  Because

23   petitioner has not named the appropriate state officer, petitioner will be provided leave to amend

24   to correct this technical defect by naming the correct respondent.  <u>See</u> <u>Stanley</u>, 21 F.3d at 360.

25   Petitioner is warned that failure to comply with this order may result in the dismissal of this

26   action.  <u>See</u> Local Rule 110.

27   / / /

28   / / /

                                          1

Accordingly, IT IS HEREBY ORDERED that:

1.      Petitioner's petition for writ of habeas corpus (Doc. 1) is dismissed with leave to amend;

2.      Petitioner shall file an amended petition on the form employed by this court, and which names the proper respondent and states all claims and requests for relief, within 30 days of the date of this order; and

3.      The Clerk of the Court is directed to send petitioner the court's form habeas corpus application.

Dated:  November 30, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE